## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TANYA JACOBS,** | : | **CIVIL ACTION NO. 1:12-CV-0288** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **YORK UNION RESCUE** | : | |
| **MISSION, INC., d/b/a YORK** | : | |
| **RESCUE MISSION** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 10th day of December, 2014, upon consideration of the

motion (Doc. 33) for summary judgment filed by York Union Rescue Mission, Inc.

("Mission"), and in accordance with the court's memorandum of the same date, it is

hereby ORDERED that:

1. The motion is GRANTED to the extent that Mission is entitled to an entry of summary judgment on the FMLA claims and the PHRA discrimination claim.  Entry of judgment is deferred pending further order of court.

2. The motion is DENIED with respect to the ADA discrimination claim and the ADA and PHRA retaliation claims.  These claims will proceed to trial.

3. A scheduling order will issue at the convenience of the court.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania