IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TANYA JACOBS,** | : | **CIVIL ACTION NO. 1:12-CV-0288** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **YORK UNION RESCUE** | : | |
| **MISSION, INC., d/b/a YORK** | : | |
| **RESCUE MISSION,** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 18th day of March, 2015, upon consideration of plaintiff Tanya Jacobs's ("Jacobs") motion (Doc. 53) *in limine*, wherein Jacobs seeks to exclude any evidence concerning prior claims which were dismissed on summary judgment, and further upon consideration of the order (Doc. 62) of court dated March 10, 2015 directing defendant York Union Rescue Mission, Inc. ("Mission") to file a brief in opposition to the motion on or before March 16, 2015, and advising Mission that failure to do so will result in the motion being deemed unopposed, see Local Rule of Court 7.6 ("Any party opposing any motion . . . shall file a brief in opposition within fourteen (14) days after service of the movant's brief . . . . Any party who fails to comply with this rule shall be deemed not to oppose such

motion."), and the court noting that a brief in opposition has not been filed as of today's date, it is hereby ORDERED that:

1. The motion (Doc. 53) *in limine* is DEEMED unopposed. See LR 7.6.

2. The motion (Doc. 53) *in limine* is GRANTED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania